UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff ) </br> ) </br> vs. ) </br> ) </br> David Castellanos-Flores ) </br> ) </br> Defendant(s) ) </br> _____ ) | CRIMINAL NO. __08mj1510__ </br></br> ORDER </br></br> RELEASING MATERIAL WITNESS </br></br> Booking No. __99248011__ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Fredy Rosas-Rangel
(not arraigned - not in USMS custody)

DATED: __5-29-08__

RECEIVED _____
            DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by ____Hernandez____
          Deputy Clerk
          L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062