AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAY 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08CR1746-JAH |
| DAVID CASTELLANOS-FLORES | CASE NUMBER: 08mj1510 |

I, DAVID CASTELLANOS-FLORES, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David J. Castellanos
Defendant

_____
Defense Counsel

Before _____
Judicial Officer